# EXHIBIT 1

4/12/2016 EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Cardiovascular Systems Inc. - CSII - MarketWatch

Case 2:16-cv-01011-DSF-RAO Document 12-1 Filed 04/12/16 Page 2 of 4 Page ID #:160

Watch

# EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Cardiovascular Systems Inc. - CSII

By

Published: Feb 12, 2016 6:54 p.m. ET

NEW YORK, Feb 12, 2016 (BUSINESS WIRE) -- Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of Cardiovascular Systems Inc. securities CSII, +1.83% from September 12, 2011 through January 21, 2016, both dates inclusive (the "Class Period"). The lawsuit seeks to recover damages for Cardiovascular Systems investors under the federal securities laws.

To join the Cardiovascular Systems class action, go to the firm's website at http://rosenlegal.com/cases-738.html or call Phillip Kim, Esq. or Kevin Chan, Esq. toll free at 866-767-3653 or email pkim@rosenlegal.com or kchan@rosenlegal.com for more information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. YOU MAY RETAIN COUNSEL OF YOUR CHOICE

According to the lawsuit, throughout the Class Period Defendants issued false and misleading statements to investors and/or failed to disclose that: (1) Cardiovascular Systems distributed illegal kickbacks to health care providers; (2) Cardiovascular Systems engaged in the off-label promotion of its medical devices; and (3) Cardiovascular Systems violated FDA laws and regulations in connection with its medical devices. As a result of the foregoing, the Company's public statements were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than April 12, 2016. A lead plaintiff is a representative party acting on behalf of other class members in directing the

Case 2:16-cv-01011-DSF-RAO Document 12-1 Filed 04/12/16 Page 3 of 4 - Page ID #:161

litigation. If you wish to join the litigation, go to the firm's website at http://rosenlegal.com/cases-738.html for more information. You may also contact Phillip Kim, Esq. or Kevin Chan, Esq. of Rosen Law Firm toll free at 866-767-3653 or via email at pkim@rosenlegal.com or kchan@rosenlegal.com.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation.

View source version on businesswire.com: http://www.businesswire.com/news/home/20160212005929/en/

SOURCE: The Rosen Law Firm, P.A.

The Rosen Law Firm, P.A.
Laurence Rosen, Esq.
Phillip Kim, Esq.
Kevin Chan, Esq.
275 Madison Avenue, 34 [th] Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
kchan@rosenlegal.com
www.rosenlegal.com

Copyright Business Wire 2016

---



Copyright ©2016 MarketWatch, Inc. All rights reserved.

By using this site you agree to the Terms of Service, Privacy Policy, and Cookie Policy.

*Intraday Data provided by SIX Financial Information and subject to terms of use. Historical and current end-of-day data provided by SIX*

4/12/2016 EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Cardiovascular Systems Inc. - CSII - MarketWatch

Case 2:16-cv-01011-DSF-RAO Document 12-1 Filed 04/12/16 Page 4 of 4 Page ID #:162

*Financial Information. Intraday data delayed per exchange requirements. S&P/Dow Jones Indices (SM) from Dow Jones & Company, Inc. All quotes are in local exchange time. Real time last sale data provided by NASDAQ. More information on* <u>NASDAQ traded symbols</u> *and their current financial status. Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. S&P/Dow Jones Indices (SM) from Dow Jones & Company, Inc. SEHK intraday data is provided by SIX Financial Information and is at least 60-minutes delayed. All quotes are in local exchange time.*