# EXHIBIT 3

| Name | Date Purchased | Qty | Price per share | Total | Date Sold | Qty | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Cardiovascular Systems, Inc. Loss Chart | | | | | | | | | | | |
|  | September 12, 2011 - January 21, 2016 | | | | | | | | | | | |
| Nelson, Mark | 9/26/2011 | 104 | ($11.66) | ($1,212.18) | 1/21/2015 | 115 | ($28.84) | ($3,316.60) | | | | $9.76 |
| | 10/1/2014 | 146 | ($24.11) | ($3,520.06) | 1/18/2013 | 217 | ($14.93) | ($3,238.83) | | | | |
| | 10/1/2014 | 136 | ($24.16) | ($3,285.76) | | | | | | | | |
| | 4/30/2015 | 124 | ($32.55) | ($4,036.20) | | | | | | | | |
| | 4/28/2015 | 135 | ($34.01) | ($4,591.78) | | | | | | | | |
| | 8/25/2015 | 41 | ($23.15) | ($949.27) | | | | | | | | |
| | 4/29/2015 | 59 | ($34.99) | ($2,064.41) | | | | | | | | |
| | 4/22/2015 | 115 | ($26.93) | ($3,097.07) | | | | | | | | |
| | Total | 860 | | ($22,756.73) | | 332 | | ($6,555.43) | 528 | $5,155.45 | ($24,156.72) | |