UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CAROLINE PARADIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARDIOVASCULAR SYSTEMS, INC., DAVID L. MARTIN, and LAURENCE L. BETTERLEY,<br><br>Defendants. | Case No.: 2:16-cv-01011-DSF-RAO<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER APPOINTING THE CITY OF MIAMI FIRE FIGHTERS' & POLICE OFFICERS' RETIREMENT TRUST AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF LEAD COUNSEL**<br><br>Date: May 16, 2016<br>Time: 1:30 p.m.<br>Dept.: 840<br>Judge: Hon. Dale S. Fischer |

Upon consideration of: (1) the Motion of the City of Miami Firefighters' & Police Officers' Retirement Trust ("Miami FIPO") for appointment as Lead Plaintiff and approval of its selection of Lead Counsel; (2) the Memorandum of Points and Authorities in support thereof; (3) the Declaration of Blair A. Nicholas; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. Miami FIPO's Motion is **GRANTED**.

2. Miami FIPO is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to paragraph 4 of this Order.

3. Miami FIPO's selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class.

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any other pending, subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action are **CONSOLIDATED** for all purposes.

5. The above-captioned action shall be captioned "*In re Cardiovascular Systems, Inc. Securities Litigation*" and shall be maintained under master file number 2:16-cv-01011-DSF-RAO.

IT IS SO ORDERED.

DATED: _____, 2016

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE