**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
BLAIR A. NICHOLAS (Bar No. 178428)
blairn@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

-and-

GERALD H. SILK
jerry@blbglaw.com
AVI JOSEFSON
avi@blbglaw.com
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Counsel for Proposed Lead Plaintiff the City of Miami Fire Fighters' & Police Officers' Retirement Trust and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CAROLINE PARADIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARDIOVASCULAR SYSTEMS, INC., DAVID L. MARTIN, and LAURENCE L. BETTERLEY,<br><br>Defendants. | Case No.: 2:16-cv-01011-DSF-RAO<br><br>CLASS ACTION<br><br>**DECLARATION OF BLAIR A. NICHOLAS IN SUPPORT OF THE MOTION OF THE CITY OF MIAMI FIRE FIGHTERS' & POLICE OFFICERS' RETIREMENT TRUST FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL**<br><br>Date: May 16, 2016<br>Time: 1:30 p.m.<br>Dept.: 840<br>Judge: Hon. Dale S. Fischer<br>ORAL ARGUMENT REQUESTED |

DECLARATION OF BLAIR A. NICHOLAS ISO THE MOTION OF MIAMI FIPO FOR APPT. AS
LEAD PLAINTIFF AND FOR APPROVAL OF LEAD COUNSEL
Date and Time: May 16, 2016 at 1:30 p.m.
Judge: Hon. Dale S. Fischer

I, Blair A. Nicholas, declare as follows:

1. I am a member in good standing of the bar of the State of California and of this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). I submit this declaration in support of the Motion filed by the City of Miami Fire Fighters' & Police Officers' Retirement Trust ("Miami FIPO") for: (1) appointment as Lead Plaintiff in the above-captioned action; (2) approval of its selection of Bernstein Litowitz to serve as Lead Counsel for the Class; and (3) any such further relief as the Court may deem just and proper.

2. Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A: Notice of pendency of *Paradis v. Cardiovascular Systems, Inc.*, No. 2:16-cv-01011-DSF-RAO (C.D. Cal. filed Feb. 12, 2016), published on February 12, 2016;

EXHIBIT B: Notice of pendency of *Shoemaker v. Cardiovascular Systems, Inc.*, No. 0:16-cv-00568-DWF-TNL (D. Minn. filed Mar. 4, 2016), published on March 4, 2016;

EXHIBIT C: Certification of Miami FIPO;

EXHIBIT D: Chart of transactions and financial interest of Miami FIPO; and

EXHIBIT E: Bernstein Litowitz Firm Resume.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 12th day of April, 2016.

>  */s/ Blair A. Nicholas*
> Blair A. Nicholas

---

DECLARATION OF BLAIR A. NICHOLAS ISO THE MOTION OF MIAMI FIPO FOR APPT. AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD COUNSEL
Date and Time: May 16, 2016 at 1:30 p.m.
Judge: Hon. Dale S. Fischer                                                                                      1