# EXHIBIT B

Wire: Dow Jones News Service (DJN) Date: Mar 4 2016  16:13:11
Press Release: Kessler Topaz Meltzer & Check, LLP Files Shareholder Class Action Lawsuit Against Cardiovascular Systems, Inc. -

 CSII

   Kessler Topaz Meltzer & Check, LLP Files Shareholder Class Action Lawsuit Against Cardiovascular Systems, Inc. - CSII
   PR Newswire
   RADNOR, Pa., March 4, 2016
   RADNOR, Pa., March 4, 2016 /PRNewswire/ -- The law firm of Kessler Topaz Meltzer & Check, LLP announces that it has filed a shareholder class action lawsuit in the United States District Court for the District of Minnesota against Cardiovascular Systems, Inc. (NASDAQ: CSII) ("CSI" or the "Company") on behalf of purchasers of the Company's common stock between September 12, 2011 and January 21, 2016, inclusive (the "Class Period").
   To view a copy of the complaint filed in this action, or for additional information about the shareholder lawsuit, please visit https://www.ktmc.com/new-cases/cardiovascular-systems-inc.
   CSI shareholders who wish to discuss this action and their legal options are encouraged to contact Kessler Topaz Meltzer & Check, LLP (Darren J. Check, Esq., D. Seamus Kaskela, Esq. or Adrienne O. Bell, Esq.) at (888) 299-7706 or at info@ktmc.com.
   CSI develops and manufactures medical devices for the treatment of peripheral and coronary arterial diseases.  The Company's principal products and major sources of revenue are its peripheral arterial disease ("PAD") systems, which are catheter-based platforms capable of treating various types of plaque in leg arteries.
   The shareholder class action complaint alleges that CSI and certain of its executive officers made a series of false and misleading statements and failed to disclose material adverse facts about the Company's business and operations.  Specifically, the defendants are alleged to have falsely touted CSI's code of ethics while failing to disclose that the Company relied upon illegal kickbacks, off-label promotions, and other violations of applicable laws and regulations in order to drive sales of its products.
   As more fully detailed in the shareholder class action complaint, on July 15, 2013, a former CSI sales manager initiated an action in the United States District Court for the Western District of North Carolina pursuant to the qui tam provisions of the Federal Civil False Claims Act, and alleged that CSI "utilized its sales force to illegally promote the off-label sales and use of its medical devices in order to obtain reimbursement for non-FDA-approved indications and maximize profits through false and fraudulent statements."
   Among other things, the shareholder complaint also details how on May 9, 2014, CSI revealed that it had "received a letter from the U.S. Attorney's Office for the Western District of North Carolina stating that it is investigating the Company to determine whether the Company has violated the False Claims Act, resulting in the submission of false claims to federal and state health care programs, including Medicare and Medicaid."  On this news, the price of CSI's common stock declined $1.62 per share, or nearly 6%, to close on May 12, 2014 at $27.43 per share.
   Finally, on January 21, 2016, CSI announced its second quarter fiscal 2016 financial results, reporting revenue of $41.4 million -- below the Company's expected range of between $42.5 million and $44.0 million. The Company attributed its guidance miss to the "continued effects of the sales force transition."  Following this news, the price of CSI's common stock fell an additional $3.72 per share, or nearly 30%, to close on January 22, 2016 at $8.74 per share.
   CSI shareholders who purchased their securities during the Class Period (September 12, 2011 -- January 21, 2016) may, no later than April 12, 2016, petition the Court to be appointed as a lead plaintiff representative of the class.
   A lead plaintiff is a representative party who acts on behalf of other class members in directing the litigation.  Members of the purported class may petition the Court to be appointed as a lead plaintiff through Kessler Topaz Meltzer & Check or other counsel, or may choose to do nothing and remain an absent class member. In order to be appointed as a lead plaintiff, the Court must determine that the class member's claim is typical of the claims of other

class members, and that the class member will adequately represent the class in the action.  Your ability to share in any recovery is not affected by the decision of whether or not to seek to be appointed as a lead plaintiff representative of the class.

Kessler Topaz Meltzer & Check prosecutes class actions in state and federal courts throughout the country.  Kessler Topaz Meltzer & Check is a driving force behind corporate governance reform, and has recovered billions of dollars on behalf of institutional and individual investors from the United States and around the world.  The firm represents investors, consumers and whistleblowers (private citizens who report fraudulent practices against the government and share in the recovery of government dollars).  For more information about Kessler Topaz Meltzer & Check, or for additional information about participating in this action, please visit www.ktmc.com.

CONTACT:
Kessler Topaz Meltzer & Check, LLP
Darren J. Check, Esq.
D. Seamus Kaskela, Esq.
Adrienne O. Bell, Esq.
280 King of Prussia Road
Radnor, PA 19087
(888) 299-7706
(610) 667-7706
info@ktmc.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/kessler-topaz-meltzer--check-llp-iles-shareholder-class-action-lawsuit-against-cardiovascular-systems-inc--csii-00231238.html

SOURCE Kessler Topaz Meltzer & Check, LLP
 /web site: http://www.ktmc.com

(END) Dow Jones Newswires
March 04, 2016 16:13 ET (21:13 GMT)- - 04 13 PM EST 03-04-16

-------------------------------===============================-----------------------------
Copyright (c) 2016

############################## END OF STORY 1 ##############################