# EXHIBIT D

**The City of Miami Fire Fighters' and Police Officers' Retirement Trust**

Loss in Cardiovascular Systems, Inc. (CSII)
CUSIP# 141619106
Class period: 09/12/11 - 01/21/16
Retained share price: $9.7150 (01/22/16 - 04/11/16)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 9/8/2015 | 900 | 23.1336 | $20,820.24 | | | | | |
| Purchase | 9/9/2015 | 1,200 | 23.5878 | $28,305.36 | | | | | |
| Purchase | 9/10/2015 | 400 | 23.8101 | $9,524.04 | | | | | |
| Purchase | 9/11/2015 | 400 | 24.2768 | $9,710.72 | | | | | |
| Purchase | 9/15/2015 | 200 | 24.0000 | $4,800.00 | | | | | |
| Purchase | 9/15/2015 | 300 | 23.6343 | $7,090.29 | | | | | |
| Purchase | 9/16/2015 | 1,900 | 22.9078 | $43,524.82 | | | | | |
| Purchase | 9/16/2015 | 700 | 23.1846 | $16,229.22 | | | | | |
| Purchase | 9/17/2015 | 2,000 | 21.4112 | $42,822.40 | | | | | |
| Purchase | 9/22/2015 | 1,100 | 20.4426 | $22,486.86 | | | | | |
| Purchase | 9/23/2015 | 1,400 | 20.2187 | $28,306.18 | | | | | |
| Purchase | 9/25/2015 | 1,000 | 19.4150 | $19,415.00 | | | | | |
| Purchase | 9/25/2015 | 500 | 19.4565 | $9,728.25 | | | | | |
| Purchase | 10/1/2015 | 700 | 16.0000 | $11,200.00 | | | | | |
| Purchase | 10/1/2015 | 300 | 16.0499 | $4,814.97 | | | | | |
| Purchase | 10/2/2015 | 900 | 16.2847 | $14,656.23 | | | | | |
| Purchase | 10/5/2015 | 1,300 | 16.9453 | $22,028.89 | | | | | |
| Purchase | 10/6/2015 | 700 | 16.8929 | $11,825.03 | | | | | |
| Purchase | 10/6/2015 | 200 | 16.9700 | $3,394.00 | | | | | |
| Purchase | 10/7/2015 | 400 | 16.7803 | $6,712.12 | | | | | |
| Purchase | 10/20/2015 | 900 | 14.5666 | $13,109.94 | | | | | |
| Purchase | 10/21/2015 | 900 | 14.4072 | $12,966.48 | | | | | |
| Purchase | 10/22/2015 | 900 | 14.1802 | $12,762.18 | | | | | |
| Purchase | 10/22/2015 | 1,800 | 14.0996 | $25,379.28 | | | | | |
| Purchase | 10/27/2015 | 1,100 | 13.4531 | $14,798.41 | | | | | |
| Purchase | 10/27/2015 | 1,200 | 13.5000 | $16,200.00 | | | | | |
| Purchase | 10/28/2015 | 100 | 13.4389 | $1,343.89 | | | | | |
| Purchase | 10/29/2015 | 100 | 14.0000 | $1,400.00 | | | | | |
| Purchase | 11/2/2015 | 500 | 13.9014 | $6,950.70 | | | | | |
| Purchase | 11/3/2015 | 700 | 15.2562 | $10,679.34 | | | | | |
| Purchase | 11/3/2015 | 400 | 15.4750 | $6,190.00 | | | | | |
| Purchase | 11/4/2015 | 500 | 15.6884 | $7,844.20 | | | | | |
| Purchase | 11/5/2015 | 600 | 14.4128 | $8,647.68 | | | | | |
| Purchase | 11/6/2015 | 1,100 | 14.7500 | $16,225.00 | | | | | |
| Purchase | 11/12/2015 | 200 | 14.3550 | $2,871.00 | | | | | |
| Purchase | 11/13/2015 | 100 | 14.4900 | $1,449.00 | | | | | |

**The City of Miami Fire Fighters' and Police Officers' Retirement Trust**
Loss in Cardiovascular Systems, Inc. (CSII)
CUSIP# 141619106
Class period: 09/12/11 - 01/21/16
Retained share price: $9.7150 (01/22/16 - 04/11/16)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/16/2015 | 700 | 14.4346 | $10,104.22 | | | | | |
| Purchase | 11/17/2015 | 200 | 14.3150 | $2,863.00 | | | | | |
| Purchase | 11/17/2015 | 200 | 14.2849 | $2,856.98 | | | | | |
| Purchase | 11/18/2015 | 400 | 14.5063 | $5,802.52 | | | | | |
| Purchase | 11/19/2015 | 400 | 14.5415 | $5,816.60 | | | | | |
| Purchase | 11/20/2015 | 200 | 14.5940 | $2,918.80 | | | | | |
| Purchase | 11/23/2015 | 300 | 14.7909 | $4,437.27 | | | | | |
| Purchase | 12/11/2015 | 5,000 | 14.2800 | $71,400.00 | Sale* | 2/16/2016 | (3,000) | 8.8347 | ($26,504.12) |
| Purchase | 12/15/2015 | 300 | 13.8559 | $4,156.77 | | | | | |
| Purchase | 12/15/2015 | 700 | 13.5000 | $9,450.00 | Retained | | (33,000) | 9.7150 | ($320,595.00) |
| | | 36,000 | | $616,017.88 | | | (36,000) | | ($347,099.12) |
| | | | | | | | | **Loss** | **($268,918.76)** |

*Shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the sale.*