# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE PARADIS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CARDIOVASCULAR SYSTEMS, INC., DAVID L. MARTIN, and LAURENCE L. BETTERLEY,<br><br>　　　　Defendants. | Case No.   2:16-CV-01011-DSF-RAO<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING THE MOTION OF POMPANO & LUZERNE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL**<br><br>Date:　　　May 16, 2016<br>Time:　　　1:30 p.m.<br>Courtroom: 840 (Los Angeles – Roybal)<br>Judge:　　　Hon. Dale S. Fischer |

Having considered the Motion of City of Pompano Beach General Employees' Retirement System and Luzerne County Retirement System (collectively, "Pompano & Luzerne") for Appointment as Lead Plaintiff and Approval of Their Selection of Counsel (the "Motion"), and good cause appearing therefor,

IT IS ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), Pompano & Luzerne are appointed to serve as Lead Plaintiff in the above-captioned action and any subsequently filed or transferred actions that relate to the above-captioned action.

3. Kessler Topaz Meltzer & Check, LLP is approved as Lead Counsel for the class. Lead Counsel shall have the authority to speak for all Plaintiffs and class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement. Additionally, Lead Counsel shall have the following responsibilities and duties to perform:

   a. To brief and argue motions;
   b. To initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions, and requests for production of documents;
   c. To direct and coordinate the examination of witnesses in depositions;
   d. To act as spokesperson at pretrial conferences;
   e. To initiate and conduct any settlement negotiations with counsel for defendants;
   f. To consult with and employ experts; and
   g. To perform such other duties as may be expressly authorized by further order of this Court.

4. Rosman & Germain LLP is approved as Liaison Counsel for the class.

DATED this _____ day of _____, 2016.

                                              _____
                                              HON. DALE S. FISCHER
                                              UNITED STATES DISTRICT JUDGE