Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE PARADIS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>CARDIOVASCULAR SYSTEMS, INC., DAVID L. MARTIN, and LAURENCE L. BETTERLEY,<br><br>Defendants. | No. 2:16-cv-01011-DSF-RAO<br><br>**NOTICE OF WITHDRAWAL OF LEAD PLAINTIFF MOTION OF MARK NELSON, DKT. # 10**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Dale S. Fischer<br><br>Hearing Date: May 16, 2016<br>Time: 1:30 p.m.<br>CTRM: 840 (East Temple Street) |

1

Notice of Withdrawal of Lead Plaintiff Motion of Mark Nelson, Dkt # 10 – No. 2:16-cv-01011-DSF-RAO


1 Mark Nelson, having reviewed the competing lead plaintiff motions, does not
2 appear to have the largest financial interest. Thus, Mr. Nelson hereby withdraws his
3 Lead Plaintiff motion, dkt. # 10. This withdrawal shall have no impact on Mr. Nelson's
4 membership in the proposed class, his right to share in any recovery obtained for the
5 benefit of class members, and his ability to serve as a representative party should the
6 need arise.

8  Dated:   April 25, 2016                         Respectfully submitted,

                                                   **THE ROSEN LAW FIRM, P.A.**

                                                   /s/ Laurence Rosen, Esq.
                                                   Laurence M. Rosen, Esq. (SBN 219683)
                                                   355 South Grand Avenue, Suite 2450
                                                   Los Angeles, CA 90071
                                                   Telephone: (213) 785-2610
                                                   Facsimile: (213) 226-4684
                                                   Email: lrosen@rosenlegal.com

                                                   Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On April 25, 2016, I electronically filed the following **NOTICE OF WITHDRAWAL OF LEAD PLAINTIFF MOTION OF MARK NELSON, DKT. # 10** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 25, 2016.

                                                      /s/ Laurence Rosen
                                                     Laurence M. Rosen