Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE PARADIS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>CARDIOVASCULAR SYSTEMS, INC., DAVID L. MARTIN, and LAURENCE L. BETTERLEY,<br><br>Defendants. | No. 2:16-cv-01011-DSF-RAO<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Dale S. Fischer<br><br>Hearing Date: May 16, 2016<br>Time: 1:30 p.m.<br>CTRM: 840 (East Temple Street) |

1

Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) – No. 2:16-cv-01011-DSF-RAO

**PLEASE TAKE NOTICE** that Plaintiff Caroline Paradis files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an Answer or moved for summary judgment. A class has not been certified. Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action.

Furthermore, there is a substantially similar action pending against the same Defendants in the United States Court for the District of Minnesota styled as *Shoemaker v. Cardiovascular Systems, Inc. et al*, Docket No. 0:16-cv-00568 (D. Minn. Mar 04, 2016) (the "Shoemaker Action"), asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, arising from the same conduct as the instant action. Similarly, both the instant action and the Shoemaker Action are at the same procedural posture since there are currently lead plaintiff motions pending in both actions.

This dismissal is without prejudice. Each party is to bear their own costs and fees.

Dated:  April 26, 2016                     Respectfully submitted,

                                                              **THE ROSEN LAW FIRM, P.A.**

                                                              /s/ Laurence Rosen, Esq.
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On April 26, 2016, I electronically filed the following **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 26, 2016.

                                             /s/ Laurence Rosen
                                           Laurence M. Rosen